UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVYON LAMONT FRASIER,<br><br>              Petitioner,<br>     vs.<br>LELAND McEWEN, Warden,<br><br>              Respondent.<br>_____ | Case No. CV 11-3128 JAK (MRW)<br><br>JUDGMENT |

     Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: March 15, 2012               _____
                                                    HON. JOHN A. KRONSTADT
                                                    UNITED STATES DISTRICT JUDGE